IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:    3:09-CR-57 |
| | ) | |
| JACK K. BUNCH, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER OF RECUSAL</u>

Pursuant to the provisions of  28 U.S.C. § 455(a), the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

**ENTER:**

    s/ C. Clifford Shirley, Jr.    
United States Magistrate Judge